COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-255-CV

 

 

IN RE JIMMY D. WEBB                                                            RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator's petition for writ of mandamus and is of the
opinion that relief should be denied. 
Accordingly, relator's petition for writ of mandamus is denied.

 

_________________________________

TERRIE LIVINGSTON

JUSTICE

 

 

PANEL B: 
LIVINGSTON, DAUPHINOT, and WALKER, JJ.

 

DAUPHINOT, J., would request a response.

 

DELIVERED: 
July 31, 2006











    [1]See
Tex. R. App. P. 47.4.